1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

OPUS BANK,

                        Plaintiff,

       v.

DMSL CONSTRUCTION, INC.; CITY
OF KIRKLAND; FIRST SEALORD
SURETY, INC. IN LIQUIDATION;
LES SCHWAB TIRE CENTERS OF
WASHINGTON, INC.; WHIDBEY
ISLAND BANK; INTERNAL
REVENUE SERVICE; KUBOTA
CREDIT CORPORATION, U.S.A.;
WELLS FARGO BANK, N.A.; DB
SQUARED, INC.,

                      Defendants.

NO.  2:14-cv-00701-RSM

ORDER ALLOWING INTERVENTION
OF WASHINGTON STATE
DEPARTMENTS OF REVENUE AND
LABOR & INDUSTRIES AS PARTY
DEFENDANTS

       This matter comes before the Court on unopposed Motion to Intervene as Party Defendants by the State of Washington, Departments of Revenue and Labor and Industries, pursuant to Fed. R. Civ. P. 24(a)(2). Dkt. # 12.  The Washington State Departments seek to intervene in this action as a matter of right because they assert a claim to the funds in dispute in this action by virtue of taxes owed to them by Defendant DMSL Construction, Inc. Having reviewed the instant Motion and supporting Declarations and the remainder of the record herein, the Court finds that the State of Washington Departments have established their right to intervene pursuant to Fed. R. Civ. P. 24(a)(2).

ORDER ALLOWING STATE
INTERVENTION

1

1    Accordingly, it is hereby ORDERED that the Motion of the Washington State
2  Departments of Revenue and Labor & Industries to intervene in this matter as party defendants is
3  GRANTED.

4    Dated this 27th day of June 2014.

5
6
7    RICARDO S. MARTINEZ
     UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER ALLOWING STATE                    2
INTERVENTION